UNITED STATES DISTRICT COURT
WESTERN DISTRICT Of
OKLAHOMA

(1) Capitol Records, Inc., a Delaware Corporation; (2) UMG Recordings, Inc. a Delaware corporation; (3) Maverick Recording Company, a California joint Venture (4); BMG music, a New York General Partnership; (5) Arista Records LLC, a Delaware Limited Liability Company; (6) Sony BMG Music Entertainment, a Delaware General Partnership; and (7) Warner Brothers. Records Inc., a Delaware Corporation,
    Plaintiffs
V.
Debbie Foster
    Defendant

Case Number: CIV-04-1569-W

**FILED**

DEC 2 7 2004

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

## ANSWER

Comes from the defendant, Debbie Foster and her answer states.

(1) Defendant denies each and every allegation set forth in the complaint for copyright infringement and demands strict proof there of.

(2) Defendant reserves her right to plead any and all affirmative defenses.

(3) Defendant reserves the right to amend her answer.

Respectfully submitted,



Debbie Foster Prose Defendant
2809 Cynthia Circle
Norman, Oklahoma 73072
405-321-3099

I have mailed a true and correct copy of this answer to;

David J. Kearney
Gable & Gotwals
One Leadership Square
211 N. Robinson, 15th Floor
Oklahoma City, Ok 73102