IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware Corporation; UMG RECORDINGS, INC., a Delaware Corporation; MAVERICK RECORDING COMPANY, a California Joint Venture; BMG MUSIC, a New York General Partnership; ARISTA RECORDS LLC, a Delaware Limited Liability Company; SONY BMG MUSIC ENTERTAINMENT, a Delaware General Partnership; and WARNER BROS. RECORDS INC., a Delaware Corporation,<br><br>　　　　Plaintiffs,<br>vs.<br><br>DEBBIE FOSTER and AMANDA FOSTER,<br>　　　　Defendants. | Case No. CIV-04-1569-W |

## DEFAULT BY CLERK

It appearing from the records in the is action that Summons has been served upon Defendant Amanda Foster, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Amanda Foster has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Amanda Foster hereby is entered.

DATED: SEP 06 2005

By: _____
　　　　Deputy Clerk