IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., ) | |
|     Plaintiffs, ) | |
| vs. ) | Case No. Civ. 04-1569-W |
| ) | |
| DEBBIE FOSTER ) | |
| and AMANDA FOSTER ) | |
|     Defendants. ) | |

## ORDER

This matter comes before the Court on the motion of Matthew J. Wiltanger and the law firm of Shook, Hardy & Bacon L.L.P. to withdraw as attorneys of record for the plaintiffs (docket no. 106). Having reviewed the motion, and having received no timely objection thereto from the defendant, the Court finds the motion should be GRANTED.

ENTERED this 5th day of April, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE