# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

FILED

MAY 1 9 2006

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____/s/_____DEPUTY

Capitol Records, Inc., et al.,  )
    Plaintiffs,  )
vs.  )   Case No. Civ. 04-1569-W
  )
Debbie Foster and Amanda Foster,  )
    Defendants.  )

## ORDER

This matter comes before the Court on "Defendant Deborah Foster's Motion for Court to Stay Defendant's Response Time Pending the Entry of a Protective Order for Plaintiffs and Defendant's Receipt of Plaintiffs' Supplement to Defendant's Discovery" (docket entry no. 115). The motion states that the parties have come to an agreement whereby the plaintiffs will produce certain discovery materials following the Court's entry of their agreed protective order. Ms. Foster requests that her time for responding to the plaintiffs' motion to dismiss be stayed pending entry of the protective order and the plaintiffs' production of the subject discovery materials as well as any necessary privilege log. The plaintiffs object to Ms. Foster's request that her response time be stayed. As this case is not currently scheduled for trial, the Court finds that the plaintiffs will not be prejudiced by continuing Ms. Foster's response time so as to allow her an opportunity to review the discovery materials the plaintiffs have agreed to produce.

Therefore, to the extent Ms. Foster's motion seeks a continuance of her response time so as to allow her an opportunity to review the discovery materials the plaintiffs have agreed to produce, the Court finds it should be GRANTED. However, the Court finds it necessary to impose deadlines in order to facilitate the expeditious resolution of this matter.

Accordingly the Court:

(1)     ORDERS the plaintiffs to submit to the Court the parties' agreed protective order on or before May 26, 2006;

(2)     ORDERS the plaintiffs to submit to the defendant Deborah Foster their discovery

responses and attendant privilege log on or before June 5, 2006; and

(3) ORDERS the defendant Deborah Foster to file her response to plaintiffs' Motion to Dismiss Claims Against Debbie Foster with Prejudice and to Dismiss as Moot Defendant Debbie Foster's Declaratory Judgement Counterclaim on or before June 12, 2006.

ENTERED this 19th day of May, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE