# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **Capitol Records, Inc., et al.,** | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. Civ. 04-1569-W |
| | ) | |
| **Debbie Foster and Amanda Foster,** | ) | |
| Defendants. | ) | |

### ORDER

In accordance with the Court's order issued December 7, 2005, all claims asserted by the plaintiffs herein against the defendant Amanda Foster were resolved. In accordance with the Court's order issued this date dismissing the claims asserted by the plaintiffs herein against the defendant Deborah (Debbie) Foster and dismissing the counterclaim asserted by Deborah Foster against the plaintiffs, all outstanding issues have been resolved and this action is rendered closed.

ENTERED this 13th day of July, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

FILED
JUL 1 3 2006
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY