# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA



**FILED**
AUG 1 6 2006
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| **Capitol Records, Inc., et al.,**       ) | |
|       **Plaintiffs,**       ) | |
| vs.       ) | Case No. Civ. 04-1569-W |
|       ) | |
| **Debbie Foster and Amanda Foster,**       ) | |
|       **Defendants.**       ) | |

## ORDER

Before the Court is the defendant Deborah Foster's Motion for Order Allowing Substitution of Declaration of Warren W. Henson, III [Doc. 135]. Upon review of the motion, the Court finds good cause why it should be GRANTED.

ENTERED this 16th day of August, 2006.

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE