IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 16 2007
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

| | |
|---|---|
| Capitol Records, Inc., et al., ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. Civ. 04-1569-W |
| ) | |
| Debbie Foster and Amanda Foster, ) | |
| Defendants. ) | |

# JUDGMENT

In accordance with this Court's orders of July 13, 2006, February 6, 2007, July 16, 2007, and August 16, 2007, it is hereby ORDERED AND ADJUDGED that the plaintiffs shall pay to the defendant Deborah Foster the amount of $68,685.23 reflecting her attorneys' fees, including litigation expenses and costs.

ENTERED this 16th day of August 2007.

LEE R. WEST
UNITED STATES DISTRICT JUDGE